LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

STEPHEN Q. ROWELL, SBN 098228
E-mail:  stephen.rowell@safeway.com
THEODORE K. BELL, SBN 184289
E-mail:  tad.bell@safeway.com
SAFEWAY INC.
5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
Telephone:  (925) 467-3936
Facsimile:   (925) 467-3214

Attorneys for Defendant Safeway, INC.

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>    Plaintiff,<br><br>    v.<br><br>Safeway, Inc. dba Safeway #1560,<br><br>    Defendant.<br>_____/ | Case No.  2:13-cv-02255-MCE-DAD<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and defendant Safeway, Inc. dba Safeway #1560, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: January 15, 2014      LAW OFFICES OF LYNN HUBBARD

 /s/   Lynn Hubbard
Lynn Hubbard III
Attorney for Plaintiff Brenda Pickern

Dated: January 15, 2014      SAFEWAY INC.

 /s/   Stephen Q. Rowell
Stephen Q. Rowell
Attorney for Defendant Safeway, Inc.

## **ORDER**

Pursuant to the parties' stipulation, the complaint of Plaintiff Brenda Pickern is DISMISSED WITH PREJUDICE in its entirety.

IT IS SO ORDERED.

Dated: January 22, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT